**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
  *kevin@kjclawgroup.com*
W. Blair Castle (SBN 354085)
  *blair@kjclawgroup.com*
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797

Attorneys for Plaintiff
*Anna Fischer*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA FISCHER, individually and on behalf of all others similarly situated, | Case No.: 2:25-cv-10328-PA (Ex) |
| Plaintiff, | *Assigned to the Hon. Percy Anderson* |
| v. | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| LAIRD SUPERFOOD, INC., a Nevada corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Plaintiff Anna Fischer ("Plaintiff"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. *See* Judge Virginia A. Phillips, et al., Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that

-1-

absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED:  January 29, 2026                    Respectfully submitted,

                                            **KJC LAW GROUP, A.P.C.**

                                            By: */s/ Kevin J. Cole*

                                            Attorney for Plaintiff
                                            *Anna Fischer*

-2-

VOLUNTARY DISMISSAL WITH PREJUDICE